# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT GOLDSTEIN and LOIS GOLDSTEIN,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY d/b/a/ SAFECO INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 18-3163 |

## ORDER RE: MOTION TO SEVER AND STAY BAD FAITH CLAIM

AND NOW, this 28th day of November, 2018, for the reasons stated in the foregoing memorandum, upon consideration of Defendant's Motion to Sever and Stay (ECF 3), and Plaintiffs' response thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-3163 Goldstein v American States Ins\18cv3163 Order 11282018.docx